# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Lawrence Horton | CASE NUMBER: CV 15-5439-AG (KK) |
| Plaintiff(s)/Petitioner(s), | |
| v. | |
| L.A. County Jail Medical Staff | ORDER OF DISMISSAL |
| Defendant(s)/Respondent(s). | |

**The Court previously received from Plaintiff(s)/Petitioner(s):**

☐ an IFP Request with no accompanying Complaint or Petition.

☒ a Complaint or Petition without an accompanying IFP Request, and without payment of the filing fees.

**The Court issued an Order on 7/24/15 advising Plaintiff(s)/Petitioner(s) that failure to correct this deficiency within TWENTY ONE DAYS from the date of the Order would result in dismissal of this case. More than TWENTY ONE DAYS have now passed, and the deficiency has not been corrected.**

**Accordingly, this case is hereby ORDERED DISMISSED. No further filings shall be accepted under this case number.**

**IT IS SO ORDERED.**

Dated: 8/14/15

*(signature)*

**Hon. Andrew J. Guilford**
**United States District Judge**